**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL LAUDE,**

            **Plaintiff,**

**-vs-**                                         **Case No.  6:05-cv-1142-Orl-22DAB**

**ODYSSEY HEALTHCARE, INC, and**
**HOSPICE OF THE PALM COAST, INC.,**

            **Defendants.**

_____

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. No. 25) filed on April 10, 2006.

The United States Magistrate Judge has submitted a Report recommending that the action be dismissed due to Plaintiff's misconduct and failure to obey the Orders of the Court.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed April 10, 2006 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      This action is hereby **DISMISSED**.

3.      Any pending motions are **DENIED as moot**.

4.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 2, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party